# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD E. WEBB, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00283-NONE-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CELIA WEBB DUDLEY; LANA L. WEBB, TRUSTEE OF THE GEORGE LANA WEBB REVOCABLE TRUST; JATINDER CHOPRA DBA BASKIN ROBBINS #360092; PARVEEN CHOPRA DBA BASKIN ROBBINS #360092; AND SENG LAI SAEPHAN DBA CHINA GARDEN RESTAURANT TO RESPOND TO COMPLAINT**<br><br>(ECF No. 12) |

1

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and Defendants Celia Webb Dudley; Lana L. Webb, Trustee of the George Lana Webb Revocable Trust; Jatinder Chopra dba Baskin Robbins #360092; Parveen Chopra dba Baskin Robbins #360092; and Seng Lai Saephan dba China Garden Restaurant ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a), Defendants may have to and including May 20, 2020 to file a responsive pleading in this matter. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order

Date: April 9, 2020                                  MOORE LAW FIRM, P.C.

                                                     */s/ Tanya E. Moore*
                                                     Tanya Moore
                                                     Attorney for Plaintiff,
                                                     Jose Trujillo

Date: April 9, 2020                                  Williams Brodersen Pritchett & Burke LLP

                                                     */s/ Russell P. Burke*
                                                     Russell P. Burke
                                                     Attorney for Defendants,
                                                     Celia Webb Dudley; Lana L. Webb, Trustee of the George Lana Webb Revocable Trust; Jatinder Chopra dba Baskin Robbins #360092; Parveen Chopra dba Baskin Robbins #360092; and Seng Lai Saephan dba China Garden Restaurant

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Jose Trujillo

**ORDER**

The Plaintiff and Defendants listed below having so stipulated (ECF No. 12) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Celia Webb Dudley; Lana L. Webb, Trustee of the George Lana Webb Revocable Trust; Jatinder Chopra dba Baskin Robbins #360092; Parveen Chopra dba Baskin Robbins #360092; and Seng Lai Saephan dba China Garden Restaurant, shall have to and including May 20, 2020 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **April 9, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE