UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD E. WEBB, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00283-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RICHARD E. WEBB WITHOUT PREJUDICE<br><br>(ECF No. 14) |

On April 13, 2020, Plaintiff Jose Trujillo filed a notice of voluntary dismissal of Defendant Richard E. Webb without prejudice. (ECF No. 14.) Defendant Richard E. Webb has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant Richard E. Webb has been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

　Dated:　**April 14, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1