UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CELIA WEBB DUDLEY, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00283-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 18) |

Plaintiff, Jose Trujillo, and Defendants, Celia Webb Dudley et al., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 18). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **July 8, 2020**                       /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE